**In The**

***Court of Appeals***

***Ninth District of Texas at Beaumont***

_____

**NO. 09-16-00261-CV**

_____

**$4,300.00 IN U.S. CURRENCY (DAVID EARL STANLEY), Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 258th District Court**
**Polk County, Texas**
**Trial Cause No. CIV27,223**

**MEMORANDUM OPINION**

The appellant, David Earl Stanley, filed a suggestion of mootness because the trial court signed an order of non-suit for the civil forfeiture proceeding. The State did not contest the suggestion of mootness. The appeal is dismissed as moot without reference to the merits. *See* Tex. R. App. P. 42.3.

APPEAL DISMISSED.

_____
LEANNE JOHNSON
Justice

1

Submitted on September 28, 2016
Opinion Delivered September 29, 2016

Before Kreger, Horton, and Johnson, JJ.